UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BILL LIETZKE,

Plaintiff,

v.

CITY OF MONTGOMERY and KEVIN MURPHY,

Defendants.

1:26-cv-08878-KES-HBK

ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

Plaintiff Bille Lietzke initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 on October 28, 2026. (Doc. 1, Complaint). Plaintiff accompanied his Complaint with motion for appointment of counsel and an application to proceed *in forma pauperis*. (Docs. 2, 3).

Under 28 U.S.C. § 1391(b)(2), a federal civil action generally may be brought in the judicial district where "a substantial part of the events or omissions giving rise to the claim occurred." Upon review of the Complaint, the court determines Plaintiff should have filed his action in the United States District Court, Middle District of Alabama, Northern Divison.

Thus, in the interests of justice this court transfers this case pursuant to 28 U.S.C. § 1406(a).

////

Accordingly, IT IS ORDERED:

The Clerk of Court is directed to transfer this action to the United States District Court for the Middle District of Alabama, Northern Division, and close the action in this court upon transfer.

Dated: October 30, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE